# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

SAMANTHA NORD-SHAFER, a Delaware Citizen; & REBECCA KENNEDY, a New York Citizen;

Plaintiff,

vs.

ASSOCIATION OF BETTER LIVING AND EDUCATION INTERNATIONAL, a California Corporation; NARCONON INTERNATIONAL, a California Corporation; NARCONON FREEDOM CENTER d/b/a NARCONON FREEDOM TREATMENT CENTER, a Michigan Corporation; & DOES 1-100; ROE CORPORATIONS I-X, inclusive,

Defendants.

Case No.: 2:14-cv-06438-R-RZ

**ORDER** GRANTING MOTION (DCKT NO. 35)

## ORDER GRANTING COUNSEL'S REQUEST TO PERMANENTLY SEAL DOCKET NO. 34

Plaintiffs, Samantha Nord-Shafer and Rebecca Kennedy by counsel, having submitted the Plaintiffs' Application to Seal Docket No. 34, and this Court having reviewed the same in the premises, hereby GRANTS said motion.

IT IS SO ORDERED.

DATE: January 7, 2015

_____
Manuel L. Real, Judge
United States District Judge
Central District of California

Distribution:

All Electronically Registered Counsel